**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: METHOD OF PROCESSING ETHANOL BYPRODUCTS AND RELATED SUBSYSTEMS ('858) PATENT LITIGATION </br></br>**RELATED CASE**</br>1:10-cv-08003-LJM-DML | ) </br> ) **Master Case No.: 1:10-ml-2181-LJM-DML**</br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF'S GS CLEANTECH CORPORATION MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AGAINST UNITED WISCONSIN GRAIN PRODUCERS, LLC**

Plaintiff GS CleanTech Corporation ("CleanTech") hereby moves pursuant to Fed. R. Civ. P. 56 for summary judgment of infringement for all asserted claims of U.S. Patent No. 7,601,858 (hereinafter, "the '858 patent") and U.S. Patent No. 8,008,516 (hereinafter, "the '516 patent").

In support of this motion, CleanTech states that the undisputed facts demonstrate that Defendant's process falls within the asserted claims. It cannot be disputed that Defendant's process uses a centrifuge to separate and recover oil from concentrated thin stillage producing a substantially oil stream and a substantially oil free stream.

In further support of this motion, CleanTech relies on its Memorandum in Support, containing a statement of Material Facts Not in Dispute pursuant to Local Rule 56-1, and authorities cited therein filed concurrently herewith.

Respectfully submitted,

Dated: September 14, 2012

/s/Michael J. Rye
Michael J. Rye, Esq.
Charles F. O'Brien, Esq.
CANTOR COLBURN LLP
20 Church Street, 22d Floor
Hartford, CT 06103
Telephone: (860) 286-2929
Facsimile: (860) 286-0115
mrye@cantorcolburn.com
cobrien@cantorcolburn.com
*Attorneys for GS CleanTech Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2012, a copy of the foregoing **PLAINTIFF'S GS CLEANTECH CORPORATION MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AGAINST UNITED WISCONSIN GRAIN PRODUCERS, LLC** was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Michael J. Rye
      Michael J. Rye